ANTHONY MARVELL SEMIEN #K71979
P.B.S.P. A-5/#117⁰
P.O. BOX 7500
Cresent City, CA. 95531-7500
IN Forma Pauperis

DATED: JUNE 11th "2007"
Case No.: C-07-2803
RECEIVED / Filed
JUN 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    I ANTHONY MARVELL SEMIEN submit this Affi-davit to HONORABLE COURT Clerk Richard W. Wieking of the UNITED states District Court for the Nor-thern District of California in the County of San Francisco for the purposes herein stated in this Affidavit.

    Honorable Clerk Mr. Wieking on JUNE 5th "2007" I recieved the enclosed following documents concerning the above listed case (Number C-07-2803). These doc-uments were ① one copy of the IN Forma Pauperis Appli-cation forms for the Northern District with the Noti-ce explaining the reasons for the insufficiency of the IN Forma Pauperis Application & ② The E.C.F. (Electro-nic Filing) Questionaire Form.

    First Concerning the IN Forma Pauperis Applicati-on Form Plaintiff sincerely apoligizes to the court for any inconvience caused by plaintiffs submitt-ing the incorrect forms (These were the only f-orms plaintiff were given). Therefore plaintiff has filled out and submits the correct form. Plaintiff does at this time want to bring to the courts a-ttention that according to the inclosed Notice of Correction concerning the ① Certificate of Funds in Pr-

-isoners Account signed by an authorized officer & ② A copy of my prisoners trust account statement showing transactions for the last six months" were marked O.K. Plaintiff is under the impression that this discrepency is correct as plaintiff <u>did</u> in fact submit these <u>Two</u> required documents, therefore on <u>Page 5</u> of the enclosed <u>In forma Properis Application</u> Plaintiff has left this page blank. If plaintiff is and was required to submit these documents again Plaintiff request a fair opportunity to re-submit these documents as once again according to the check marked (O.K.) Plaintiff is under the impression that this is not the discrepency only the Application <u>Pages 1-4</u>.

Second Plaintiff <u>does not have and cannot have</u> access to computers (per institutional Rule) and therefore cannot participate in <u>electronic filing program</u> of any kind. My only access to serving & filing is thru <u>U.S. Mail ONLY!</u> therefore Plaintiff request leave from the electronic filing program.

Plaintiff concludes this affidavit to your Honorable Mr. Wieking and the Court at this time.

This Affidavit is a legal Document signed and submitted by the plaintiff under the penalty of perjury in the laws of the State of California.

DATED: JUNE 11th "2007"    Signed: /s/ Anthony Maxwell Semien
                                    Plaintiff / Declarant