E-Filing

**FILED**

JUN 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND SF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN #K16979, Plaintiff,

vs.

C.O. K Peeples # Badge UNKNOWN, Defendant.

CASE NO. C 07 2803 CW

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(PR)

I, ANTHONY MARVELL SEMIEN declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.) Amount of take home pay and wages
4  Last Date of → 2-2006    $8.00 dollars per hour, $50.00 dollars per day
   Employment
5  *Please Note = Day Labor is determined upon availability of work for that day
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or                     Yes ___ No  X
10            self employment
11     b.    Income from stocks, bonds,                  Yes ___ No  X
12            or royalties?
13     c.    Rent payments?                              Yes ___ No  X
14     d.    Pensions, annuities, or                     Yes ___ No  X
15            life insurance payments?
16     e.    Federal or State welfare payments,          Yes ___ No  X
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.    Are you married?                               Yes ___ No  X
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE

5.    Do you own or are you buying a home?    Yes ___ No _X_
Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ___ No _X_
Make _____ Year _____ Model _____
Is it financed? Yes ___ No _X_ If so, Total due: $_____
Monthly Payment: $_____

7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $_____
Do you own any cash? Yes ___ No _X_ Amount: $_____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

8.    What are your monthly expenses?
Rent: $_____ Utilities: _____
Food: $_____ Clothing: _____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

The only active debt I believe is the IN Forma Pauperis filing fee that is due for this suit claim which I am currently Not able to pay.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-10-2007                              Anthony Manuell Semien #K76979
   DATE                                      SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8                        **CERTIFICATE OF FUNDS**
9                                    **IN**
10                        **PRISONER'S ACCOUNT**
11

12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                            [prisoner name]
14  _____ where (s)he is confined.
            [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ _____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____                    _____
20                                        [Authorized officer of the institution]
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN #K76979
    Plaintiff/Petitioner          Case Number: C-07-2803

V.

C.O. K. Peeples
    Defendant/Respondent          Proof of Service

_____/

I hereby certify that on JUNE 11th "2007", I served a copy of the attached ① Court Affidavit & ② Prisoners Application to Proceed in Forma Pauperis Forms (Pages 1-5) filed May 30th "2007" by placing a copy in a postage paid envelope address to the court hereinafter listed, by despositing said envelope in the United States Mail at: Pelican Bay State Prison P.O. BOX 7500 Cresent City, CA. 95531-7500.

I declare under penalty of perjury in the Laws of the State of California that the foregoing is true and correct.

DATED: JUNE 11th "2007"                    *Anthony Marvell Semien*
                                              Plaintiff/Declarant