ANTHONY MARVELL SEMIEN
P.B.S.P A-5/ #1170
P.O. BOX 7500
Cresent City, CA. 95531-7500
IN Forma Pauperis

DATE: JULY 29th "2007"
Case No: C-07-2803 CW (PR)

FILED
AUG - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I ANTHONY MARVELL SEMIEN #K76979 being of sound mind submit this Declaration Statement to the HONORABLE COURT CLERK Mr. Richard W. Wieking of the NORTHERN District for the purposes herein stated in this Declaration.

HONORABLE Mr. Wieking Greetings Sir! I sincerely hope that this statement of Declaration finds you in the best of spirits as well as in health. My Name is ANTHONY MARVELL SEMIEN and I am a inmate at Pelican Bay State Prison with a pending legal civil action. I will at this time give you a brief update and review so that you may be better to understand my present formal request.

ON May 22 Nd "2007" I submitted a 1983 42 U.S.C Civil claim to the HONORABLE Northern District Court. ON May 30th "2007" The complaint was filed at 11:44 am by you Mr. Wieking of the HONORABLE Northern District Court, however, although the complaint was filed the court sent me notification to correct my submitted Application to proceed IN Forma Pauperis Application Fee waiver papers as I submitted the Eastern District Application Fee waiver papers. This Notificat

-ion was sent to me on JUNE 4th "2007". ON JUNE 11th "2007" Plaintiff submitted the correct application fee paperwork for the NORTHERN District. Since that time of JUNE 11th "2007" plaintiff has NOT recieven any further notification from the Court on either the courts recieving of this application fee waiver paperwork or the status of Plaintiffs action. Therefore Plaintiff hereby formally states his request for the HONORABLE COURT to ① notify plaintiff if the court has inf act recieven this Application fee waiver and ② the current status of plaintiffs civil Action. Plaintiff's civil Action is: Case No.: C-07-2803 CW (PR)

ANTHONY Marvell Semien
Plaintiff

vs.

Correctional officer (C.O.) K. Peeples  Badge #UNKNOWN
Defendant

Plaintiff would like to conclude this declaration by thanking the HONORABLE COURT CLERK for his time.

This Declaration is a Legal DOCUMENT signed and submitted by Plaintiff, UNDER the penalty of Perjury.

DATED: JULY 29th "2007"

Signed: Anthony Marvell Semien #K76979
Printed: ANTHONY MARVELL SEMIEN
Plaintiff IN forma pauperis

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN
Plaintiff

Case No.: C-07-2803 CW(PR)

V.

Correctional Officer (C.O.) K. Peeples #Badge UNKNOWN
Defendant

PROOF OF SERVICE

I hereby certify that on JULY 29th "2007", I served a copy of the included "STATEMENT OF DECLARATION" by placing a copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the United States Mail at: P.O. BOX 7500 Crescent City, CA. 95531-7500. This Proof of Service and Statement of Declaration is hereby to be Delivered to:

Office of the Clerk
U.S. District Court, Northern District of California
Attn: Court Clerk Mr. Richard W. Wieking
450 Golden Gate Avenue
San Francisco, CA. 94102

I declare under penalty of perjury that the foregoing is true and correct.

DATED: JULY 29th "2007"   Signed: Anthony Marvell Semien #K76979
Printed: ANTHONY MARVELL SEMIEN
Plaintiff