ANTHONY MARVELL SEMIEN #K70979
P.B.S.P. A-5/#117U
P.O. BOX 7500
Cresent City, CA. 95531-7500

Per C.C.R. Title #15 Section #3141(c)#5
"CONFIDENTIAL"
Legal Mail

9410235661 C004

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666   JUL 30 2007
MAILED FROM ZIPCODE 95531
$ 00.41⁰

Office of the Clerk
U.S. District Court, Northern District of Calif-
Attn: Court Clerk Mr. Richard W. Wieking    -rnia
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102