UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

November 13, 2007

Attorney General  
State of California  
455 Golden Gate Ave., #11000  
San Francisco, CA 94102

**FILED**  
NOV 1 3 2007  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

Re: C-07-2803-CW (PR) <u>Semien v. Peeples</u>

Dear Sir/Madam:

Enclosed are copies of the Complaint, Order of Service, and Notice of Lawsuit and Request for Waiver of Service of Summons in the above captioned case, which are being provided as a **courtesy**. These documents have also been mailed to the named defendants for acceptance of service as set forth in the Order of Service.

Very truly yours,

Clara Pierce  
Deputy Clerk

enclosure