UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

November 13, 2007

**FILED**
NOV 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Litigation Coordinator
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Re: C-07-2803-CW (PR) - Semien v. Peeples

Dear Sir/Madam:

Enclosed are copies of the complaint, order of service, and request for waiver of service in the above captioned case that has been filed against Pelican Bay State Prison employees, which I am sending to you for forwarding to the named defendant. If you are unable to forward the documents, please return them to me with a cover letter explaining the circumstance of non-delivery; the documents should be mailed back to Sheilah Cahill, Clerk's Office, U.S. District Court, 1301 Clay Street, Suite 400S, Oakland, CA 94612. Please do not send the documents to the U.S. Marshal's Service.

If you have any questions, please feel free to contact Sheilah Cahill at (510) 637-3542.

Thank you for your cooperation in this matter.

Very truly yours,

Clara Pierce
Deputy Clerk

enclosure