1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON, State Bar No. 202890
   Supervising Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 703-5727
    Fax: (415) 703-5843
7
   Attorneys for Defendant K. Peeples
8

9

              IN THE UNITED STATES DISTRICT COURT
10
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                      OAKLAND DIVISION
12

13  **ANTHONY MARVELL SEMIEN,**                    C 07-2803 CW

14                              Plaintiff,         **DEFENDANT K. PEEPLES'S**
                                                   **ANSWER TO PLAINTIFF'S**
15            v.                                   **COMPLAINT AND DEMAND**
                                                   **FOR JURY TRIAL**
16  **K. PEEPLES,**

17                              Defendant.

18

19      Defendant K. Peeples (Defendant) answers Plaintiff's May 30, 2007 complaint as follows:

20

21                    **PRE-PRINTED COMPLAINT**

22  1.    In response to the preliminary-statement paragraph (unnumbered) of the pre-printed

23  complaint on page 1, Defendant admits that Plaintiff is a state prisoner at Pelican Bay State

24  Prison (Pelican Bay), Inmate No. K-76979, and that Plaintiff's present address is P.O. Box 7500,

25  Crescent City, CA.  Defendant further admits that Plaintiff filed this complaint under 42 U.S.C. §

26  1983.

27  2.    In response to paragraph I ("Previous Lawsuits")(A) of page 1 of the pre-printed complaint,

28  Defendant admits that Plaintiff has brought other lawsuits while a prisoner.

3.    In response to paragraph I ("Previous Lawsuits")(B) of page 1 of the pre-printed complaint,
Defendant admits that Plaintiff has brought at least two other lawsuits while a prisoner.
Defendant admits that the parties to the lawsuit filed on April 19, 2007 are Plaintiff and
Defendants Cain, Chand, Wieneger, and Toney.  Defendant admits that the lawsuit filed April 19,
2007 was brought in the United States District Court for the Eastern District, Sacramento
Division.  Defendant also admits that as of the date of the complaint, the disposition of the April
19, 2007 lawsuit was pending.  Defendant lacks sufficient information to respond to the
remaining allegations, and on that basis denies them.

4.    In response to paragraph II ("Exhaustion of Administrative Remedies")(A) of the pre-
printed complaint, Defendant admits that Pelican Bay has an appeal process available.

5.    In response to paragraph II ("Exhaustion of Administrative Remedies")(B) of the pre-
printed complaint, Defendant admits that Plaintiff filed an inmate appeal concerning facts
contained in the complaint.  However, to the extent that facts contained in the complaint differ
from Plaintiff's filed appeal, Defendant denies the allegation that Plaintiff filed an appeal
concerning all of the facts contained in the complaint.

6.    In response to paragraph II ("Exhaustion of Administrative Remedies")(C) of the pre-
printed complaint, Defendant lacks sufficient information to respond to the allegations, and on
that basis denies them.

7.    In response to paragraph III ("Defendants") of the pre-printed complaint, Defendant admits
that K. Peeples is employed as a correctional officer at Pelican Bay and that there are no
additional defendants in this case.

8.    In response to paragraph IV ("Statement of Claim") of the pre-printed complaint,
Defendant admits that on November 8, 2006, Plaintiff was housed in cell number B8-124.
Defendant admits arriving at Plaintiff's cell with another Correctional Officer.  Defendant denies
that another inmate accompanied Defendant to Plaintiff's cell.  Defendant admits asking Plaintiff
to "cuff up."  Defendant admits that Plaintiff was informed he was getting a new cellmate.
Defendant lacks sufficient information to respond to the specific allegation that Plaintiff
explicitly asked to speak to his new cellmate and was denied.  Defendant admits that Plaintiff

1 | asked to speak with a Sergeant. Defendant denies that Plaintiff's request to speak with a

2 | Sergeant was denied. Defendant admits that Plaintiff was ordered to be placed in handcuffs in

3 | order to be escorted to the rotunda. Defendant lacks sufficient information to respond to the

4 | specific allegation that upon backing out of his cell Plaintiff explicitly asked Defendant, "Why

5 | are you pulling and shoving me, I'm not resisting!" Defendant admits escorting Plaintiff from

6 | his cell along with another Officer.

7 | 9.    In response to the attached page referencing paragraph IV ("Statement of Claim") of the

8 | pre-printed complaint, Defendant denies that Correctional Officer McGuirt told Plaintiff, "Shut

9 | your fucking mouth!" Defendant denies the allegation that Plaintiff's chest was shoved into the

10 | wall and further denies pushing Plaintiff's back into the wall. Defendant denies that Plaintiff hit

11 | his chin and face against the wall. Defendant lacks sufficient information to respond to the

12 | specific allegation that Plaintiff "requested again to speak with a sergeant." Defendant admits

13 | that Plaintiff was escorted to Sergeant A. Pepiot. Defendant lacks sufficient information to

14 | respond to the specific allegation that Plaintiff was not "allowed to talk to [Sergeant Pepiot]

15 | about what had just happened." Defendant further denies that Plaintiff was forced to sign a cell

16 | mate compatibility form. Defendant admits that Plaintiff signed the cellmate compatibility

17 | document (Form128-B Informational Chrono.) on November 8, 2006. Defendant denies all

18 | remaining allegations of this paragraph including the allegations of force before, during, or after

19 | the escort of Plaintiff.

20 | 10.  In response to paragraph V ("Relief") of the pre-printed complaint, Defendant denies that

21 | Plaintiff is entitled to any damages against Defendant. Finally, Defendant denies that Plaintiff is

22 | entitled to any relief whatsoever.

23 |

24 | **EXHIBITS ATTACHED TO THE COMPLAINT**

25 | 11.   In regard to all exhibits attached to the complaint, Defendant currently lacks sufficient

26 | knowledge of whether they are true and correct copies of the records, and on that basis Defendant

27 | denies their accuracy and the allegations and contents contained therein.

28 | ///

**AFFIRMATIVE DEFENSES**

1.    To the extent that Defendant has acted or failed to act as alleged in the complaint, such action or inaction was performed as part of Defendant's official duties and did not violate clearly established law.  Thus, Defendant is entitled to qualified immunity.

2.    Plaintiff's own conduct contributed to his damages.

3.    Plaintiff failed to mitigate his damages.

4.    Plaintiff fails to allege facts sufficient to constitute a cause of action for punitive damages.

5.    To the extent that Plaintiff has suffered any injury, the injury is due in whole or in part to Plaintiff's conduct or to persons or forces other than Defendant, which bars any recovery or in the alternative reduces the right of recovery by the amount that the conduct of Plaintiff, forces, or persons other than Defendant contributed to Plaintiff's injury.

6.    Plaintiff's claims are barred, limited, or controlled by the Prison Litigation Reform Act.

7.    Plaintiff's claims, or some of them, including any for emotional injuries, are barred by the Prison Litigation Reform Act.

8.    Because the complaint is couched in conclusory terms, Defendant cannot fully anticipate all affirmative defenses that may be applicable to this matter.  Accordingly, the right to assert additional defenses, if and to the extent such affirmative defenses are applicable, is reserved.

///
///
///
///
///
///
///
///
///
///
///

1

## DEMAND FOR JURY TRIAL

2    Defendant respectfully demands a trail by jury under Federal Rule of Civil Procedure 38.

3

4

## PRAYER FOR RELIEF

5    Defendant prays that:

6    1.    Plaintiff be denied any damages or relief;

7    2.    Judgment be entered in favor of Defendant;

8    3.    Defendant be awarded costs of suit and attorney's fees; and

9    4.    Defendant be awarded such other relief as this Court deems just and proper.

10    Dated:  January 11, 2008

11                          Respectfully submitted,

12                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

13                          DAVID S. CHANEY
                            Chief Assistant Attorney General

14                          FRANCES T. GRUNDER
                            Senior Assistant Attorney General

15

16

17                          *Thomas S. Patterson*

18                          THOMAS S. PATTERSON
                            Supervising Deputy Attorney General

19                          Attorneys for Defendant K. Peeples

20

21

22    40198774.wpd

23    SF2007403202

24

25

26

27

28

Def.'s Answer Pl.'s Compl. & Demand Jury Trial                     *Semien v. K. Peeples*
                                                                   Case No. C 07-2803 CW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Semien v. Peeples**

No.:    **C 07-2803 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 11, 2008**, I served the attached

### DEFENDANT K. PEEPLES'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL;

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

**Anthony M. Semien, K-76979**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95531-7500**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 11, 2008**, at San Francisco, California.

| T. Oakes | Signature |
|---|---|
| Declarant | |

40205309.wpd