1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | THOMAS S. PATTERSON
Supervising Deputy Attorney General
5 | LILY A. KORMAN, State Bar No. 242688
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
7 | Telephone: Fax:  (415) 703-5843
Email:  Lily.Korman@doj.ca.gov

Attorneys for Defendant K. Peeples

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MARVELL SEMIEN,<br><br>                                       Plaintiff,<br><br>        v.<br><br>K. PEEPLES,<br><br>                                       Defendant. | C 07-2803 CW<br><br>**NOTICE OF REASSIGNMENT OF COUNSEL**<br><br>The Honorable Claudia Wilken |

   PLEASE TAKE NOTICE that the Deputy Attorney General assigned to represent Defendant Peeples has been changed.  Please amend your proof of service and files to reflect the following Deputy Attorney General currently assigned to represent Defendant:

   Lily Korman
   Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone:  (415) 703-5507
   Fax:  (415) 703-5843
   Email: Lily.Korman@doj.ca.gov

///

///

1  Please also note that Supervising Deputy Attorney General Thomas Patterson may be
2  removed from the Court's service list.
3  Dated: January 24, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

*[signature]*

LILY A. KORMAN
Deputy Attorney General
Attorneys for Defendant Peeples

40209855.wpd
SF2007403202

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Semien v. Peeples**

No.:   **C 07-2803 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 25, 2008**, I served the attached

## NOTICE OF REASSIGNMENT OF COUNSEL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Anthony M. Semien, K-76979**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA 95531-7500**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 25, 2008**, at San Francisco, California.

|  |  |
|---|---|
| T. Oakes | *[signature]* |
| Declarant | Signature |

40210765.wpd