LETTER TO COURT CLERK    Thursday January 24th 2008

Case 4:07-cv-02803-CW    Document 14    Filed 01/28/2008    Page 1 of 4

JAN 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Dear Most Honorable Court Clerk,

Greetings Most HONORABLE Sir or Madam. My Name is ANTHONY MARVELL SEMIEN #K76979 and I am a Prisoner Plaintiff appearing in propria-persona (per-se) in action (case # C 07-2803 CW (PR) ANTHONY MARVELL SEMIEN v. K. Peeples).

On 1-21-2008 I just recently submitted a letter to the Honorable Court Clerk concerning an issue of my access to the court being OBSTRUCTED, which is affecting my ability to do discovery & pursue my action. The issue concerns the Pelican Bay State Prison (where I am currently housed) Law Library Officer C.O. Murray, and his refusal to allow me access to the Law Library (case law, Personal Appearance Access as well as other meaningful access). I specifically addressed this issue in my previous 1-21-2008 letter (sent this same week as this present letter) however, this is a supplemental letter.

The additional reasons for this supplemental letter is because on 1-23-08 (yesterday) I recieved in the mail Defendants request for production of Documents and things & Request for Answers to interrogatories with a stipulation to respond in 30 days (per Federal Rule of Civil Procedure 34(b)) without access to the Law Library I cannot.

The reasons that C.O. Murray claims (I believe) that he is denying me is because on 1-22-08 (the very next day after I submitted my 1-21-08 letter to the court (ironically) I recieved a answer to my request to case law way back on 1-8-08 (over two

Page 1 of 3

weeks ago) from C.O. Murray Concerning him saying that I did not return the "COVER SHEET" document transporter (That transports the document to and from the Law Library). Now please be so advised HONORABLE Clerk of (2) things: ① First C.O. Murray waited over 2 weeks to give me this response on a request that I sent to him on 1-8-08 and did not respond with this false claim (of not returning the transporter) until the very next day after I submitted my 1-21-08 letter to the court claiming that the Law Library Officer is OBSTRUCTING my access to the court. ② Second the most important reason that I have to prove my claim that I did return the transporter is C.O. Levague (whom can verify that I personally gave the transporter & documents to him) as we (he & I) verified this yesterday of 1-23-08. Since this has happened I personally wrote WARDEN ROBERT HOREL (who has yet to respond to my letter of 1-22-08) concerning this issue with Law Library C.O. Murray and gave WARDEN HOREL my staff witness (C.O. Levague) name to verify my claim. I sense a conspiracy between (C.O. Murray and C.O. K. Peeples). I say this because ever since my action has been filed on NOVEMBER 13th "2007" against C.O. K. Peeples (whom works right here inside this very institution) for violation my U.S. CON. Right "Amendment 8" "Cruel & Unusual Punishment" thru excessive force I have be having a very, very, very difficult time obtaining adequate access to the Law Library as well as an opportunity (at all) to get statements from my witnesses. ③ Inmate BANK

page 2 of 3

(who was Inmate CORD-OVA (who was the inmate who was housed (Cell B8 #124) with me) and was there when the incident happened and personally witnessed this event on 11-3-06).

I am trying my best to excercise "Due Diligence" in this matter however, I cannot force C.O. Murray to do his required JOB nor can I force WARDEN HOREL to make C.O. Murray do his job.

Therefore I have appealed this issue, however, because of the lenghthly appeal process or worst C.O. Murray refusal to answer the appeal on the informal level at all; I need the courts intervention or if intervention is not appropriate can the court inform Plaintiff on his options on what to do. Time is of the essense as I have Federal Rules to follow concerning time constraints and my ability to prosecute this action is being fully OBSTRUCTED by C.O. Murray for completely unjust reasons. IF there is any delay of this action the court is hereby notified that the reasons are not plaintiffs and are beyond Plaintiffs control. This action is assigned to HONORABLE JUDGE Claudia WILKEN (U.S. District Judge) Finally I am requesting information to pursue an Injunction against Pelican Bay. This Letter is signed and submitted under the penalty of perjury.

DATED: January 24th "2008"

Signed: [signature] Denkin # K76979

Plaintiff IN Propria-Persona (Pro-Per)

Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

ANTHONY MARVELL SEMIEN
Plaintiff

Case No.: # C 07-2803 CW (PR)

V.

K. PEEPLES
Defendant

PROOF OF SERVICE

I hereby certify that on JANUARY 24th "2008", I served a copy of the attached "Letter to Court Clerk" by placing such letter in a postage paid envelope to the person(s) hereinafter listed, by depositing said envelope in the UNITED STATES MAIL at: PELICAN BAY STATE PRISON, P.O. BOX 7500, CRESENT CITY, CA. 95531-7500 to be delivered to: OFFICE of the Clerk, U.S. District Court, NORTHERN DISTRICT of CALIFORNIA, 1301 Clay Street, 400 S. Tower, OAKLAND, CA. 94612-5212.

I declare under penalty of perjury that the foregoing is true & correct.

DATED: January 24th "2008"         Signed _____ #K7697A
                                   Plaintiff in Propria-Persona (Pro-Per)