ANTHONY MARVELL SEMIEN #K10779
P.B.S.P. A.S.U. Section B12
P.O. Box 7500
Crescent City, CA. 95531-7500

Per C.C.R. This is Section 3141 (c) #5
"CONFIDENTIAL"
Legal Mail

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004217666    $ 00.41°    JAN 25 2008
MAILED FROM ZIP CODE 95531

OFFICE of the Clerk, U.S. District Court
NORTHERN DISTRICT of CALIFORNIA
1301 Clay Street, 400 S. Tower
OAKLAND, CALIFORNIA, 94612-521

94612$5217 C037