FILED
JAN 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

MONDAY JANUARY 21st 2008

Dear HONORABLE COURT CLERK,

Greetings Most HONORABLE Sir or Madam! My name is ANTHONY MARVELL SENTEN #K76979 and I am the Plaintiff in the action of (case # C 07-2803 CW (PR) ANTHONY MARVELL SENTEN v. K. PEEPLES).

This action was filed NOVEMBER 13th "2007" and assigned to HONORABLE JUDGE CLAUDIA WILKEN (U.S. District JUDGE). ON JANUARY 11th "2008" Defendant K. PEEPLES answered complaint by Attorney Thomas S. PATTERSON of the Attorney Generals office. Plaintiff recieved such answer on January 14th "2008".

Plaintiff will now briefly state his reasons for this letter. Plaintiff hereby informs the HONORABLE COURT that Plaintiff's access to ①INMATE LAW Library & ②Permission to conduct adequate Discovery is being OB-STRUCTED in the following way:

① As Pertaining to Plaintiff's Access to the Inmate Law Library plaintiff has on a number (3 to be exact) of occasions sent request to the Law Library with requests case laws ect. and has recieved repeated no reply or requested case laws. This inturn has caused Plaintiff to file an Appeal concerning this action on both 1-6-08 (not processed or returned to me) and on 1-21-08 (A second attempted Appeal sent out with this Letter to the court). This delay if continued will have an adversed a-ffect on Plaintiff as it will cause Plaintiff/His Motion dead line Due Dates During the stage of Discovery ~~is f~~ ~~Plaintiff will~~ to become tardy when required to respond at

the times specifically specified by the court, court Rule or Code of Civil Procedure (Federal). Plaintiff is informing the court Now! of this delay at the earliest possible time so as Not to surprise the court in the future with a last minute notification of these types of delays. Plaintiff also states that Plaintiff in any event his action is dismissed for failure to timely file any document that requires Plaintiff's access to the Inmate Law Library to complete; Plaintiff will gather all of Plaintiff's documentary evidence to prove delay beyond Plaintiff's control and request that action be re-instated and injuctive relief be sought.

② The second Delay is that Plaintiff's (3) witnesses to this action are also Inmates in this institution (whom were there at the time of the incident) Plaintiff has made (2) attempts to CONTACT COUNSELOR ODELL to recieve permission to conduct a disposition of these witnesses (when such time is correct according to the rules of Discovery). This such permission is institutional policy as the witnesses and I are not housed on the same yard. This request hasn't been answered.

Plaintiff does not seek court action at this time (if appropriate), however, this is just a "Heads-up" of the delay problems Plaintiff is having as to request action now (if appropriate) would be premature, as no deadlines have been set.

Signed & Submitted under the penalty of perjury.
                                    Signed: Anthony Morris Lewis #76079
DATED: January 21rst "2008"         Plaintiff in Pro-se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

ANTHONY MARVELL SEMIEN
Plaintiff

Case No.: C 07-2803 CW (PR)

v.  K. PEEPLES
     Defendant

PROOF OF SERVICE

I hereby certify that on JANUARY 21rst "2008", I served a letter to the UNITED STATES DISTRICT COURT for the NORTHERN DISTRICT of CALIFORNIA, OAKLAND DIVISION by placing such letter in a postage paid envelope addressed to the persons herein after listed, by depositing said envelope in the UNITED STATES MAIL at: Pelican Bay State Prison, P.O. Box 7500, Cresent City, CA. 95531-7500 to be delivered to: OFFICE of the Clerk, U.S. District Court, Northern District of California, 1301 Clay Street, 400 S. Tower, Oakland, California. 94612-5212.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 21rst" 2008"

Signed: Anthony Marvell Semien #K76979
Plaintiff in Pro-se