

ANTHONY MARVELL SEMIEN #K76979
B.S.P. A.S.U. Section B12
P.O. BOX 7500
Crescent City, CA. 95531-7500

Re: C.C.R TITLE 15 Section 3141(C)#5
"CONFIDENTIAL"
(LEGAL MAIL)

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City CA 95532

02 1M
0004217666          $ 00.41⁰
                    PITNEY BOWES
MAILED FROM ZIP CODE 95531   JAN 24 2008

OFFICE OF the Clerk, U.S. District COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY Street, 400 S. TOWER
OAKLAND, CALIFORNIA. 94612-5212