# STATEMENT OF DECLARATION

ANTHONY MARVELL SEMIEN #K76979    DATE: January 29th "2008"
P.B.S.P. A.S.U. Section B12           Case # C 07-2803 CW(PR)
P.O. BOX 7500
Crecent City, CA. 75531-7500

FILED
FEB - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

I declare,

I ANTHONY MARVELL SEMIEN #K76979 being the Plaintiff in the above-entitled action (case #C 07-2803 CW(PR) ANTHONY MARVELL SEMIEN v. K. PEEPLES) submits this declaration to the HONORABLE U.S. District COURT CLERK for the NORTHERN DISTRICT, OAKLAND DIVISION to be processed according to his or her official DUTIES. This action is assigned to the HONORABLE JUDGE CLAUDIA WILKEN (U.S. District Judge).

Honorable Court Clerk I wrote the court (2) separate letters on 1-21-08 and 1-24-08 (respectifuly). This issue concerned a denial of access to the Law Library. I want to make a correction to a error. I gave the wrong name of the Law Library officer here at Pelican Bay State Prison. I gave the name C.O. Murray (As I was told by a C.O. Atchinson), however, C.O. Murray does not work in the law library anymore. I was told and it was confirmed that C.O. Griffin is the present clerk at the law library. This was confirmed by

Law Libiary Liason Officer Tackett. Plaintiff ask the court to accept plaintiff's apoligy as Plaintiff was mis-informed on the correct name. Plaintiff does state that all other accusations in plaintiff's letter is true and correct and plaintiff awaits the courts decision on Plaintiffs options in order to alleviate this problem of Law Libiary access as plaintiff has alleged. Thank you!

This declaration is signed and submitted under the penalty of perjury.

DATED: January 29th "2008"

Signed: _____ #K76979
Plaintiff in Propria Persona (Pro-Per)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN  Case # C 07-2803 CW (PR)
Plaintiff

v.

K. PEEPLES                   PROOF OF SERVICE
Defendant

I hereby certify that on January 29th "2008", I served a copy of the attached "STATEMENT of DECLARATION" letter by placing it in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the UNITED STATES mail at: Pelican Bay State Prison, P.O. Box 7500, Crescent City, CA. 95531-7500 to be delivered to: OFFICE of the CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT of CALIFORNIA, 1301 Clay Street, 400 S. Tower, OAKLAND, CALIFORNIA, 94612-5212.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 29th "2008"

Signed: Anthony Marvell Semien #K7079
Plaintiff In Propria Persona
(Pro-Per)