ANTHONY MARUELL SEMIEN #K76978
P.B.S.P. A.S.U. Section B12
P.O. BOX 7500
Crescent City, CA. 95531-7500

Per C.C.R. Title 15 section 3141(C)#5

"CONFIDENTIAL"
Legal Mail

9461235217 C037

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
02 1M     $ 00.41⁰
0004217666     JAN 30 2008
MAILED FROM ZIP CODE 95531
PITNEY BOWES

OFFICE of the Clerk, U.S. District Court
NORTHERN District of CALIFORNIA
1301 Clay Street, 400 S. Tower
OAKLAND, CALIFORNIA. 94612-2012