EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
LILY A. KORMAN, State Bar No. 242688
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5507
  Fax: (415) 703-5843
  Email: Lily.Korman@doj.ca.gov

Attorneys for Defendant K. Peeples

ANTHONY MARVELL SEMIEN
K-76979
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000

Pro Se Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MARVELL SEMIEN,<br><br>                              Plaintiff,<br><br>v.<br><br>K. PEEPLES,<br><br>                              Defendant. | C 07-2803 CW<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTION |

    Plaintiff, in pro per, and Defendant Peeples (Defendant), by and through counsel, jointly stipulate to respectfully request that the Court extend the deadline for Defendant to file a

/ / /

/ / /

/ / /

1  dispositive motion from April 10, 2008 to May 2, 2008. In turn, Plaintiff's opposition will be
2  due on July 1, 2008, and Defendant's reply will be due on or before July 31, 2008. Defendant
3  has extended the deadline for Plaintiff to respond to Defendant's first set of requests for
4  production of documents, first set of requests for admissions, and first set of interrogatories from
5  February 19, 2008 to March 14, 2008.
6      IT IS SO STIPULATED.
7      Dated: February 26, 2008
8          Respectfully submitted,
9          EDMUND G. BROWN JR.
           Attorney General of the State of California
10         DAVID S. CHANEY
           Chief Assistant Attorney General
11
12         FRANCES T. GRUNDER
           Senior Assistant Attorney General
13         THOMAS S. PATTERSON
           Supervising Deputy Attorney General
14
15
16
17         LILY A. KORMAN
           Deputy Attorney General
           Attorneys for Defendant Peeples
18
19  Dated: February 26th 2008
20
21          _____
           Anthony Marvell Semien
22         Pro Se Plaintiff
23
24  Pursuant to stipulation, IT IS SO ORDERED.
25      Dated: _____
26
27          _____
           CLAUDIA WILKEN
28         United States District Court Judge

Stip. & [Prop.] Order Grant Ext. of Time                        Semien v. Peeples
                                                   C 07-2803 CW

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Semien v. Peeples**

No.:   **C 07-2803 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 27, 2008**, I served the attached

**JOINT STIPULATION AND
[Proposed] ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Anthony M. Semien, K-76979
Pelican Bay State Prison
A-5 #117
P.O. Box 7500
Crescent City, CA 95531-7500**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 27, 2008**, at San Francisco, California.

|  |  |
|---|---|
| T. Oakes | /s/ T. Oakes |
| Declarant | Signature |

40223033.wpd