1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  LILY A. KORMAN, State Bar No. 242688
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5507
    Fax: (415) 703-5843
8   Email: Lily.Korman@doj.ca.gov

9  Attorneys for Defendant K. Peeples

10 ANTHONY MARVELL SEMIEN
   K-76979
11 Pelican Bay State Prison
   P.O. Box 7000
12 Crescent City, CA 95531-7000

13 Pro Se Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MARVELL SEMIEN,<br><br>    Plaintiff,<br><br>    v.<br><br>K. PEEPLES,<br><br>    Defendant. | C 07-2803 CW<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTION |

Plaintiff, in pro per, and Defendant Peeples (Defendant), by and through counsel, jointly stipulate to respectfully request that the Court extend the deadline for Defendant to file a

/ / /

/ / /

/ / /

Stip. & [Prop.] Order Grant Ext. of Time                                                      Semien v. Peeples
                                                                                               C 07-2803 CW

1 dispositive motion from April 10, 2008 to May 2, 2008. In turn, Plaintiff's opposition will be
2 due on July 1, 2008, and Defendant's reply will be due on or before July 31, 2008. Defendant
3 has extended the deadline for Plaintiff to respond to Defendant's first set of requests for
4 production of documents, first set of requests for admissions, and first set of interrogatories from
5 February 19, 2008 to March 14, 2008.
6     IT IS SO STIPULATED.
7     Dated: February 26, 2008
8                 Respectfully submitted,
9                 EDMUND G. BROWN JR.
                 Attorney General of the State of California
10                DAVID S. CHANEY
                Chief Assistant Attorney General
11
                FRANCES T. GRUNDER
12                Senior Assistant Attorney General

13                THOMAS S. PATTERSON
                Supervising Deputy Attorney General
14
15
16                LILY A. KORMAN
                Deputy Attorney General
17                Attorneys for Defendant Peeples
18
19     Dated: February 26th 2008
20
21                _____
               Anthony Marvell Semien
22                Pro Se Plaintiff
23
24     Pursuant to stipulation, IT IS SO ORDERED.
25     Dated:   3/10/08
26
27              _____
             CLAUDIA WILKEN
28              United States District Court Judge

Stip. & [Prop.] Order Grant Ext. of Time                    Semien v. Peeples
                                         C 07-2803 CW
2
TOTAL P.03

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Semien v. Peeples**

No.:    **C 07-2803 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 27, 2008**, I served the attached

**JOINT STIPULATION AND
[Proposed] ORDER TO EXTEND DEADLINE FOR DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Anthony M. Semien, K-76979
Pelican Bay State Prison
A-5 #117
P.O. Box 7500
Crescent City, CA 95531-7500**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 27, 2008**, at San Francisco, California.

| T. Oakes | *signature* |
|---|---|
| Declarant | Signature |

40223033.wpd