EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
LILY A. KORMAN, State Bar No. 242688
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5507
 Fax:  (415) 703-5843
 Email:  Lily.Korman@doj.ca.gov

Attorneys for Defendants K. Peeples

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MARVELL SEMIEN,<br><br>  Plaintiff,<br><br>v.<br><br>K. PEEPLES,<br><br>  Defendant. | C 07-2803 CW<br><br>**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

As explained more fully in the accompanying declaration of counsel, Defendant Peeples respectfully requests a thirty-day extension of time, up to and including June 2, 2008, in which to file a dispositive motion. This extension will allow counsel to conduct further factual

///
///
///
///
///
///

investigation, travel to Crescent City, California, and interview witnesses in support of a dispositive motion.

Dated: April 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

*/s/ Lily A. Korman*

LILY A. KORMAN
Deputy Attorney General
Attorneys for Defendant Peeples

40240778.wpd
SF2007403202

Defs.' Mot. Ext. Time

*Semien v. Peeples*
C 07-2803 CW