1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  LILY A. KORMAN, State Bar No. 242688
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5507
     Fax: (415) 703-5843
8    Email: Lily.Korman@doj.ca.gov

9  Attorneys for Defendants Peeples

10

11           IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      OAKLAND DIVISION

14

| ANTHONY MARVELL SEMIEN, | C 07-2803 CW |
|---|---|
| Plaintiff, | DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |
| v. | |
| K. PEEPLES, | |
| Defendant. | |

20     I, LILY KORMAN, declare as follows:

21     1.   I am an attorney licensed to practice before the courts of the State of California and this

22  Court. I am a Deputy Attorney General in the Correctional Law Section of the California

23  Attorney General's Office and am assigned to represent Defendant Peeples in this matter. I have

24  personal knowledge of the matter contained in this declaration, and if called to testify, I would

25  and could testify.

26     2.   The District Court's Order of Service dated November 13, 2007, directed that

27  Defendant shall file a motion for summary judgment or other dispositive motion no later than

28  ninety days from the date Defendant's answer is due. (Docket No. 7.) Defendant Peeple's

Decl. Counsel Supp. Def.'s Mot. Ext. Time                              Semien v. Peeples
                                                                       C 07-2803 CW

1  answer was due on January 11, 2008, and therefore Defendant's dispositive motion deadline was
2  April 10, 2008.  (Order Serv.)  On February 27, 2008, Plaintiff and Defendant requested an
3  extension of the deadline to file a dispositive motion until May 2, 2008, in part because Plaintiff
4  required additional time to respond to written discovery.  On March 10, 2008, this Court granted
5  the parties' joint stipulation, making the deadline May 2, 2008.  (Order Grant. Joint Stip. Extend
6  Deadline for Disp. Mot., Docket No. 18.)  I intend to file a motion for summary judgment or
7  other dispositive motion in this case but request an additional thirty-day extension of time until
8  June 2, 2008, to complete it.
9      3.  For the following reasons, Defendant requests an extension of time:
10         a.  I intend to conduct witness interviews and further investigation which requires
11  travel to Crescent City, California and Pelican Bay State Prison.  I will need additional time to
12  prepare for these interviews and further, if deposition transcripts are required, I will need to allow
13  time for processing.
14         b.  While some documents have been received, additional medical documents were
15  requested from the CDCR.  More time will be necessary to review the documents which have yet
16  to be received from the CDCR.
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Decl. Counsel Supp. Def.'s Mot. Ext. Time                          *Semien v. Peeples*
                                                                   C 07-2803 CW

4. Plaintiff is currently incarcerated and cannot be easily contacted.

Dated: April 14, 2008

                Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

LILY A. KORMAN
Deputy Attorney General
Attorneys for Defendant Peeples

40240789.wpd
SF2007403202

Decl. Counsel Supp. Def.'s Mot. Ext. Time

*Semien v. Peeples*
C 07-2803 CW