IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ANTHONY MARVELL SEMIEN,**<br><br>Plaintiff,<br><br>v.<br><br>**K. PEEPLES,**<br><br>Defendant. | C 07-2803 CW<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

For good cause appearing, the request of Defendant Peeples for an extension of time to file a dispositive motion is hereby GRANTED. Defendants may file a motion for summary judgment or other dispositive motion up to and including June 2, 2008. Plaintiff's opposition is due no later than August 1, 2008, and Defendants' reply brief is due on or before August 18, 2008.

IT IS SO ORDERED.

Dated: 4/18/08

_____
HON. CLAUDIA WILKEN
United States District Judge

[Proposed] Order Grant. Def.'s Mot. Ext. Time                    *Semien v. Peeples*
                                                                  C 07-2803 CW

1