1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  LILY A. KORMAN, State Bar No. 242688
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (415) 703-5507
8   Fax: (415) 703-5843
    Email: Lily.Korman@doj.ca.gov
9
   Attorneys for Defendant K. Peeples
10

11
                  IN THE UNITED STATES DISTRICT COURT
12
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                           OAKLAND DIVISION
14

15 | ANTHONY MARVELL SEMIEN,            | C 07-2803 CW (PR)
16 |                         Plaintiff, | DECLARATION OF LILY
   |                                    | KORMAN IN SUPPORT OF
17 |            v.                      | DEFENDANT'S MOTION
   |                                    | FOR SUMMARY JUDGMENT
18 | K. PEEPLES,                        |
19 |                         Defendant. |

20

21      I, LILY KORMAN, declare:

22      1.   I am a Deputy Attorney General in the California Attorney General's Office and

23 counsel of record for Defendant Peeples in this matter. I am competent to testify to the matter set

24 forth herein, and if called upon to do so, I would and could so testify. I submit this declaration in

25 support of Defendant's Motion for Summary Judgment.

26 ///

27 ///

28 ///

Decl. Korman Supp. Def.'s Mot. Summ. J.                    Semien v. Peeples
                                                                       C 07-2803 CW

1

2. Attached as Exhibit A are true and correct copies of excerpts from Plaintiff Anthony M. Semien's deposition in this case, which took place on April 29, 2008. Included with the excerpts is the reporter's certificate.

3. Attached as Exhibit B is a declaration of custodian of records that was sent to me from Pelican Bay State Prison and authenticates the remaining exhibit attached here, Exhibit C.

4. Attached as Exhibit C is a true and correct copy of Semien's CDCR form 196B that indicates his physical health as of October 2, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 2, 2008, at San Francisco, California.

LILY KORMAN

10441930.wpd

SF2007403202

Decl. Korman Supp. Def.'s Mot. Summ. J.

Semien v. Peeples
C 07-2803 CW