# EXHIBIT A

```
 1     Q.  And what sentence are you now serving?
 2     A.  Eighty-seven years to life.
 3     Q.  What year were you convicted?
 4     A.  2006.
 5     Q.  Are you eligible for parole?
 6     A.  Well, to tell you the truth, my reversal was more
 7  going to be -- what's the -- my reversal is better than --
 8  put it this way:  I'll get a reversal before I get parole.
 9     Q.  In your opinion?
10     A.  Oh, trust me, I am.  But yes, in my opinion.
11     Q.  Okay.  Is this reversal -- are you referring to
12  the other court case that you have?
13     A.  My commitment offense.
14     Q.  Your commitment offense?
15     A.  Yeah.
16     Q.  And have you been incarcerated in any other
17  prisons than Pelican Bay?
18     A.  My prior commitment was Tracey, High Desert, and
19  Jamestown, and that was it.
20     Q.  And when did you arrive at Pelican Bay?
21     A.  November 7th, 2006.
22     Q.  So you have been incarcerated here for one and a
23  half years?
24     A.  Yes.
25     Q.  And have you been issued any RVR's, or Rule
```

```
 1   2006.
 2   BY MS. KORMAN:
 3        Q.   Do you recognize that document?
 4        A.   Yes.
 5        Q.   Could you just tell me what you remember, with
 6   that incident?  You can go ahead and read through it, if
 7   you like.
 8        A.   Well, basically, they wanted me to cell up with
 9   an inmate, and the only thing I required is that I talk to
10   the inmate first, because in 2005 Pelican Bay had a
11   situation where an inmate killed another inmate.  So I
12   make it a priority -- I don't care what the rules say; I
13   make it a priority for myself, my own well being, to know
14   who I'm going to live with.  And he wouldn't give me that
15   opportunity, so I said if you're not going to give me the
16   opportunity to find out who this inmate is -- because I
17   don't cell with any -- don't cell up with inmates that I'm
18   not familiar with without allowing me to at least talk to
19   them and find out who they are.
20        Q.   And who is "he" that you're referring to?
21        A.   Inmate Beckman.
22        Q.   But are you talking about the officer?
23        A.   Oh, the officer that I was talking to, I told him
24   that I wanted to speak to inmate Beckman before he brings
25   him in here to be my cellmate.
```

```
 1      Q.  And are you familiar with the rules regarding
 2  celling, or having cellmates?
 3      A.  We're supposed to take a cellmate, but it's also
 4  -- I don't know I can say policy, but any officer that
 5  knows about this will tell you that they try to make sure
 6  that inmates that cell up are compatible with each other.
 7      Q.  Right.
 8      A.  If you refuse a cellie, you are susceptible to
 9  get a write-up, but to my -- I look at it like this:  I
10  would rather take a write-up any day than be in a cell --
11  put in a situation where they're going to drag his damn
12  body out or my damn body out.
13      Q.  Is there the opportunity to talk to the cellmate
14  after you've complied with orders?
15      A.  That -- that -- see, the thing is, when they come
16  and talk to you and say okay, we got a cellmate for you,
17  they're supposed to let you at least talk to this inmate,
18  because if he says he's not going to cell up with you or
19  if you say you're not going to cell up with him, they
20  cannot force you to cell up, because that will cause
21  problems and that's a breach of prison security.
22      Q.  Can either of you say "I don't want to cell
23  without having talked to one another first"?
24      A.  We can, but then they'll try to write us up.
25      Q.  I see.  And so that's -- in terms of this
```

1  incident, that's what happened?
2      A.  Yes, it was.
3      Q.  Because it says here that they do actually review
4  your case factors, "they" being the officers and
5  institution, and they determine that you are compatible.
6  So it sounds like you may feel more comfortable talking to
7  the cellmate first?
8      A.  Exactly.  Because what this does is, the only
9  thing they do is they look in your file, they say okay,
10 put a nonaffiliate with a nonaffiliate, or if he's an
11 affiliate he's put with an affiliate.  So they'll put a
12 gang member with a gang member, nonafilliate with a
13 nonafilliate, but that don't mean the nonaffiliate is
14 compatible with that individual.  So that's all that is.
15     Q.  Okay.  And have you ever double-celled in your
16 prior terms?
17     A.  I've always double-celled.  And I've always had
18 this same -- not write-ups, but I've always had the same
19 criteria:  Let me talk to him, see where his head is at.
20 But this day he said, "No, either take him or the
21 write-up."  "Okay; I'll take the write up."
22     Q.  Other officers let him speak to you?
23     A.  Yes.
24     Q.  This is the only one.
25         So let's turn to the complaint in this case.

16

```
 1  other officer was.
 2      Q.  Okay.  Do you know about what time it was?
 3      A.  This, I believe, was between, I want to say maybe
 4  12:00 and 3:00, somewhere around there.
 5      Q.  Do you remember what you were doing?
 6      A.  Probably reading.
 7      Q.  What do you like to read?
 8      A.  Just magazines and law.
 9      Q.  Did you notice activity in your facility?
10      A.  No, 'cause no one was out.  I just heard the
11  police coming.
12      Q.  Were you aware they were double-celling inmates
13  at that time?
14      A.  No.
15      Q.  Processing new inmates?
16      A.  No.  I didn't even know -- they just came in.
17      Q.  And what does Officer Peeples look like?
18      A.  Well, she's, I would say -- she's probably about
19  maybe five-one; got, like, brownish sandy hair, maybe
20  shoulder length; she's a caucasian female.  That's about
21  all the description I can give you.
22      Q.  Does she have a slight build?  Is she bigger,
23  muscular --
24      A.  I would say she's just slimly built.
25      Q.  Five-one?
```

```
 1        A.   I would say slim.  Not husky, not fat, none of
 2   that.
 3        Q.   And Officer McGuirt, what does he look like?
 4        A.   He's about six-two, six-three maybe; he's bald
 5   head, meaning no hair; he's kind of stocky; moustache.
 6        Q.   Okay.
 7        A.   That's about it, that I can remember.
 8        Q.   Had you seen Officer Peeples prior to this day?
 9        A.   I want to say that when I first came here that
10   night, she may have been there at the intake.  I don't
11   want to say for sure, but I think she was there at the
12   intake on the 7th.  I might be wrong on that, but I think.
13        Q.   Do you remember anything about your intake, if
14   you, you know --
15        A.   When I first got here?
16        Q.   Yeah.
17        A.   Nothing; just that they gave me a TB test and
18   asked me some questions, and that was basically it.  They
19   didn't have a place for me at that time, so I stayed over
20   night here in the cell and then they moved me over there
21   on the 8th in the morning.
22        Q.   Okay.  And did Officer Peeples say something to
23   you when she came to your cell?
24        A.   Well, she just said, "We got a cellmate for you,"
25   and I said, "Well, let me speak to him."  And McGuirt was,
```

1  like, "No, cuff up." And I said, "No, I want to speak to
2  him." Then McGuirt took out his little mace, acted like
3  he was going to spray me, so I say, "know what? Cuff me
4  up. I want to speak to a sergeant immediately." And
5  that's when they opened my door.
6       But at that time they had brought the inmate
7  there, and he was standing up against the rail, Cordova,
8  and that's when they opened up my door and I -- I backed
9  out, slid to my right. I looked back at McGuirt. I said,
10 "Man, I want to speak to a sergeant right now," and he
11 told me, "Shut up. Shut the fuck up. Face the fucking
12 wall." And when I turned my head and went to face the
13 fucking wall -- excuse me -- face the wall, Peeples pushed
14 my back and my face hit right there against the wall.
15      Q.  Okay. So just taking it back, you cuffed up at
16 the cuff board?
17      A.  Yes.
18      Q.  And you backed out of the cell?
19      A.  Exactly.
20      Q.  When you backed out of the cell, was Officer
21 Peeples behind you at this time?
22      A.  Right here. McGuirt was standing right there.
23 (Indicating.)
24      Q.  And you're pointing to your right and your left?
25      A.  She was holding my right -- she had my right arm

20

1  A.  My cellie.

2  Q.  -- your cellmate, and Banks who was next door,
3  did you tell anyone else about this incident?

4  A.  No.

5  Q.  No one else?

6  A.  The only other person that overheard what was
7  said was inmate Jackson.  He overheard it.

8  Q.  Where is his cell?

9  A.  He was in -- upstairs in, I want to say 228.

10  Q.  How do you know he heard?

11  A.  Because he yelled down when they left, "That's"
12  -- excuse my language -- "That's some fucked up shit, and
13  I heard that shit, man."  And that's when I told him,
14  "Yeah, man, they fucking bust my lip."  But inmate Cordova
15  and Banks saw it.

16  Q.  When you requested to talk to a potential
17  cellmate, has an officer ever let you do that before?

18  A.  All the time.

19  Q.  All the time here?

20  A.  I'm talking about anywhere I'm at, any
21  institution.  I've been in three different institutions in
22  CDC, and that's Tracey, Jamestown, High Desert, and this
23  makes my fourth.  Even after this incident, every other
24  time that I've had a cellmate, they've always let me speak
25  to them.  That's why I don't understand why this time --