1  and her hand on -- her left hand was, like, right here on
2  my back or, like, my shoulder part, up in that area
3  (indicating), and this arm was, like, holding -- I mean,
4  this arm was being held by this arm, her right arm. So it
5  was, like, she had me, like, right arm here and left arm
6  up here at the back shoulder-blade area. (Indicating.)
7     Q.  So she was standing behind you?
8     A.  To my right.
9     Q.  And you turned --
10    A.  No, I didn't turn towards her. I turned towards
11 McGuirt.  When I said I want to speak to a sergeant
12 immediately, McGuirt was standing right there on the left.
13    Q.  When you turned, Officer Peeples still had her
14 hands on you when you turned to McGuirt?
15    A.  Yeah, she -- just, like, holding me.
16    Q.  And McGuirt answered you, said, "No, face the
17 wall," and then what happened?
18    A.  When you say "face the wall," it was, like, a
19 simultaneous action; when you say "face the wall" and I
20 turn my head like this, that's when she pushed my back,
21 and when she pushed my back, that, in turn, caused my face
22 to hit that wall, and that's how I ended up hitting my
23 lip.
24    Q.  How far away from the wall were you standing?
25    A.  I was standing right there (indicating).  I could

1 <mark>probably lick it with my tongue.</mark>
2     Q.  And what happened then?
3     A.  I told them -- I said -- excuse my language; I
4 said, "Bitch, you made me fucking bust my lip.  I want to
5 speak to the sergeant right fucking now."  Excuse my
6 language.  That's what I said.
7     Q.  I want to show you one thing, which is --
8 actually it's the Department of Corrections and
9 Rehabilitation; this is the Rules and Regulations under
10 Title 15.  And I have a copy for you to look at, and I'm
11 showing you this because, in terms of rules and
12 regulations, I want to be clear on what section (b) says.
13 So I'm wondering if you could read that out loud.  Take
14 your time, read it to yourself.
15     MS. KORMAN:  I have a copy for you as well.
16     And I'd like it to be marked Exhibit 3 for
17 purposes of identification.
18     It's Title 15, section 304 -- 3004 -- excuse me
19 -- (b).
20     (Whereupon, Defendant's Exhibit No. 3, Department
21     of Corrections and Rehabilitation, Rules and
22     Regulations, 3005(b), Obeying Orders, was marked
23     for identification and attached hereto.)
24 BY MS. KORMAN:
25     Q.  And whenever you're ready, if you could read it

```
 1   out loud.
 2         A.   3004 or 3005?
 3         Q.   No, 3005(b), "Obeying Orders."
 4         A.   "Obeying Orders."
 5              "Inmates and parolees must promptly and
 6         courteously obey written and verbal orders and
 7         instructions from department staff, and from
 8         employees of other agencies with authorized
 9         responsibility for the custody and supervision of
10         inmates and parolees."
11         Q.   Thank you.
12              So when you initially refused the order, were you
13   disobeying section 3005?
14         A.   When I object to it, I wasn't disobeying no
15   order, because when I stepped out of my cell and I turned
16   my head, no one gave me an order to face the wall at that
17   time.  When I told McGuirt I wanted to speak to the
18   sergeant, he told me to "shut my mouth, face the fucking
19   wall."  I turned my head and faced the wall, and that's --
20   at that time that simultaneous action, blam, my head -- my
21   face hit that wall.  So there was no direct order at that
22   time.
23         Q.   The prior order, when Officer McGuirt came to
24   your cell and said, "Cuff up; you have a cellmate" --
25              Excuse me; Officer Peeples said that.
```

23

1  Q. Okay. You just said, "I have an injury; I need a
2  --
3  A. They knew about it because I put in the 602.
4  When I finally got one, I put in a 602, so they knew about
5  what was going on, and that, in my opinion, is why I think
6  that they didn't let me out my cell to take a shower.
7  Q. Who gave you the 602 form?
8  A. I want to say LeVegue.
9  Q. So what happened after you put in the -- I'm
10 sorry --
11 A. Sick call.
12 Q. Sick call.
13 A. A couple days later they say -- called me over
14 and I went to the MTA.
15 Q. What is the MTA?
16 A. A Medical Technician Assistant. I think that's
17 what --
18 Q. And then what happened?
19 A. They looked at it. They didn't do nothing. They
20 gave me some pain killers. They told me if it gets
21 infected again to contact them again.
22 Q. Did you contact them again?
23 A. No.
24 Q. How did they look at it?
25 A. They just, you know, pulled my lip down and

1  looked at it.  (Indicating.)
2       Q.  And you're pulling your lip out and down?
3       A.  Yeah, pulled it down and looked at it.  And I
4  told them I want them to take a picture.  They never took
5  a picture.
6       Q.  What did you want them to take a picture of?
7       A.  My lip, the cut part.
8       Q.  Where was it cut?
9       A.  See, from right here, right -- I don't know how I
10 can describe it to you; but right here (indicating), this
11 part hit my tooth and that caused it to cut.
12      Q.  Okay.  And it was bleeding?
13      A.  Yes.
14      Q.  So it was bleeding when you hit the wall?
15      A.  Well, I mean after.
16      Q.  After?
17      A.  After meaning you fill your mouth -- you fill it
18 up with blood.  You can see it.  That's when I told him I
19 want to speak to the doctor, and I told him I want the
20 602.
21      Q.  Okay.  And so you spoke to the doctor a few days
22 afterwards?
23      A.  After I put in a sick --
24      Q.  Did you still have the pain in your lip?
25      A.  I had pain.  My tooth was a little loose, and the

1   pain lasted for maybe a week, week and a half.
2        Q.   Okay.   Did it limit your ability to do anything,
3   that pain in your tooth?
4        A.   No, I just -- for, like, a few days I had to eat
5   on this side because this tooth was loose.
6        Q.   Okay.   Okay.   Do you still have pain there?
7        A.   It's long since gone, healed.
8        Q.   And had you complained or said to any of the
9   other officers repeatedly "I need to see a nurse" or "I
10  need to put in a sick call"?
11       A.   That day I did.   I even yelled up to the tower,
12  but they didn't even let me out of my cell.   I guess they
13  thought "we're going to have a problem here," so --
14       Q.   Who was the nurse that you saw?
15       A.   I don't remember her name.   It was a lady,
16  though, but I don't remember her name.
17       Q.   Do you have any documents from --
18       A.   No, they don't give -- all documents is supposed
19  to be on record.   You put in a sick call slip and they
20  call you.
21       Q.   So you don't have records from when you saw the
22  nurse?
23       A.   No.   They should have it.   CDC should have it.
24       Q.   So aside from inmate Cordova, who became your
25  inmate, and --

```
 1   this time on this write-up and then this time with this
 2   incident between Peeples, I don't understand why they
 3   would try to force it on me.
 4       Q.  Is inmate Cordova currently your cellmate?
 5       A.  No, he is not.
 6       Q.  Who is your current cellmate?
 7       A.  I don't have one.  I'm in AdSeg right now.
 8       Q.  How long have you been in AdSeg?
 9       A.  Since December.
10       Q.  December of?
11       A.  '07.
12       Q.  '07?
13       A.  '07, yeah.  December 7th, '07.
14       Q.  Why are you in AdSeg?
15       A.  Well, attempted assault on staff.
16       Q.  What happened there?
17       A.  Well, technically, I was handcuffed, got into a
18   verbal argument with staff; he told me to face the wall.
19   I told him, I say, "Man, fuck you," and I got slammed on
20   my face.  And they cut my chin.  That's basically what it
21   boils down to.  This is just my opinion, but when you talk
22   shit to CDC staff, you gonna go to the ground.  Not all of
23   them are like that, though.
24       Q.  You were handcuffed outside of your cell when
25   this happened?
```

```
1   STATE OF CALIFORNIA    )
2                          ) ss.
3   COUNTY OF HUMBOLDT     )
4
5           The witness, ANTHONY MARCELL SEMIEN, in the
    foregoing deposition, personally appeared before me, Tania
6   N. Brunell, a Certified Shorthand Reporter in and for the
    State of California.
7           Said witness was then and there at the time
    and place previously stated, by me, placed under oath to
8   tell the truth, the whole truth and nothing but the truth
    in the testimony given on the date of the within
9   deposition.
            The testimony of the witness and all
10  questions and remarks requested by Counsel was reported by
    me at the time and place therein named, and thereafter,
11  under my direction and control, caused to be transcribed
    into typewritten form by means of Computer-Aided
12  Transcription.
            I am a Certified Shorthand Reporter
13  licensed by the State of California.  I further certify
    that I am not of counsel or attorney for either or any of
14  the parties to said deposition, nor in any way interested
    in the outcome of the case named in the within caption,
15  and that I am not related to any party thereto.
            IN WITNESS WHEREOF, I have hereunto affixed
16  my signature to this 6th day of May, 2008.

17
              [signature: Tania N Brunell]
18  _____
    Tania N. Brunell
19  Certified Shorthand Reporter #4277
```

40