# EXHIBIT B

PELICAN BAY STATE PRISON
HEALTH RECORD SERVICES

DECLARATION OF CUSTODIAN OF RECORDS

I, __Deidre McLoughlin__ declare as follows:

I am a Health Record Technician 11 Supervisor, employed by the California Department of Corrections at Pelican Bay State Prison, California. In this capacity, I am the duly authorized custodian of health records maintained on inmates committed to the custody of the California Department of Corrections and housed at this institution.

A health record is maintained on each inmate housed in the California Department of Corrections. The file is maintained by the Health Care Department of the institution housing the inmate and transferred with the inmate to any other institutions.

Documents relating to an inmate's health examinations, treatment, and care are maintained in the health record.

The documents and entries in documents pertaining to an inmate are prepared at or near the time of examination, treatment, and care of an inmate by persons with personal knowledge of the examination, treatment and care of the inmate. When an Inmate requires or requests health care diagnosis and/or treatment, the inmate is generally asked about his symptoms, pains, and sensations. The inmate's statements are generally recorded in documents maintained in the inmate's health record.

The documents attached hereto are true and correct copies of documents from the health record of inmate name: **Semien, Anthony** CDC: **K76979**
Maintained in the regular course of business by the Department of Corrections at this institution.

DECLARATION OF CUSTODIAN OF RECORDS

Page 2

Inmate:   **Semien, Anthony   CDC:  K76979**

    I declare under penalty of perjury that I am competent to testify as a witness, that the foregoing is true and correct and based on my personal knowledge except for those statements based on information and belief, and as to that statement I believe them to be true, and if called as a witness, I would so testify.

Executed on   December 10, 2007  at  Crescent City,  California.
                   Date              Location

| | |
|---|---|
| Sent to: | Litigations Office. |
| Copied for: | AG Office |
| Documents type sent: | Medical Record |
| Dated From: | All Medical |
| Number of Volumes copied: | 1 |

Deidre McLoughlin                            Debra Sharp
Health Records Tech 11                  Health Records Tech 1

# EXHIBIT C

Status : RTC      Last Parole Date : 9/23/2004      Housing :

STATE OF CALIFORNIA                                                                     DEPARTMENT OF CORRECTIONS

# RECEPTION CENTER PHYSICAL EXAMINATION

Institution: RC \ DVI                                                                    Date: 10/2/06

Patient's Build: ☒ AVERAGE   ☐ SLENDER   ☐ HEAVY   ☐ OBESE
HEIGHT: 5'2½"   WEIGHT: 183   DEFORMITIES: ☒ NO   ☐ YES (EXPLAIN)
TEMPERATURE: 98.1   PULSE: 67   RESPIRATION: 16   BP: 128/88

SKIN MARKS, MOLES, TATTOOS, NARCOTIC SCARS (EXPLAIN): Mole Leg

SEROLOGY         HEMO         PCV         WBC
URINE:   SG....   SUG....   ALB....   MICROS....   X-RAY

DISTANT VISION                    NEAR VISION                    HEARING         AID USED
UNCORRECTED  CORRECTED   ☐ GLASSES   UNCORRECTED  CORRECTED     RIGHT  WV  15/   ☐ YES
RIGHT 20/    RIGHT 20/               RIGHT J/     RIGHT J/
LEFT  20/    LEFT  20/   ☐ CONTACT   LEFT  J/     LEFT  J/      LEFT   WV  15/   ☐ NO
BOTH  20/    BOTH  20/     LENSES    BOTH  J/     BOTH  J/

|    | NORMAL | ABNORMAL | DESCRIBE ABNORMALITIES |
|---|---|---|---|
| 1. GENERAL APPEARANCE | ☒ | ☐ | |
| 2. HEAD AND NECK | ☒ | ☐ | |
| 3. EYES | ☒ | ☐ | |
| 4. E.N.T. | ☒ | ☐ | |
| 5. CHEST / LUNGS | ☒ | ☐ | |
| 6. HEART | ☒ | ☐ | |
| 7. ABDOMEN - HERNIA | ☒ | ☐ | |
| 8. GENITO - URINARY | ☒ | ☐ | |
| 9. ORTHOPEDICS (EXTREMITIES, SPINE, MUSC. SKEL) | ☒ | ☐ | |
| 10. LYMPH NODES | ☒ | ☐ | |
| 11. NEUROLOGICAL | ☒ | ☐ | |
| 12. RECTAL/PELVIC | ☐ | ☐ | |
| 13. PSYCHIATRIC (MENTAL STATUS) | ☒ | ☐ | |
| 14. PSYCHIATRIC CONSULT INDICATED | ☒ NO | ☐ YES | |
| 15. OTHER | | | |

WORK RESTRICTIONS:

TREATMENT / INVESTIGATION:
NECESSARY: Neg. ROS
ELECTIVE:
COMMENTS:

IMPRESSION: Healthy Adult Male

NAME: SEMIEN, ANTHONY M.
NUMBER: K76979
BIRTHDATE / AGE: 4/3/1976    30
DATE ADMITTED: 9/22/2006    10-2-06

PHYSICIAN:

CDC 1968 (2/02)                    IF MORE SPACE IS NEEDED USE REVERSE SIDE