1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                         OAKLAND DIVISION

11
12  ANTHONY MARVELL SEMIEN,              C 07-2803 CW (PR)

13                         Plaintiff,    [PROPOSED] ORDER
                                         GRANTING DEFENDANT'S
14         v.                            MOTION FOR SUMMARY
                                         JUDGMENT
15  K. PEEPLES,

16                         Defendant.

17      Defendant Peeples has moved this Court for summary judgment. After full briefing on the

18 matter, the Court grants Defendant's motion because there is no genuine issue concerning any

19 material fact, and Defendant is entitled to qualified immunity because her actions were lawful.

20      Analysis of the factors presented in *Hudson v. McMillian* shows that Defendant Peeples

21 used force in a good faith effort to restore discipline, and not for the very purpose of causing

22 harm to Plaintiff. 503 U.S. 1, 12 (1992). During Plaintiff's escort to meet his new cellmate,

23 Defendant Peeples reasonably perceived a threat to the safety of the officers escorting Plaintiff

24 and she acted immediately. Defendant Peeples strategically restrained Plaintiff and turned him

25 toward the wall, away from the officers. In this case, there is no "reliable inference of

26 wantonness," *Whitley,* 475 U.S. at 3222, nor is there evidence presenting a dispute as to any

27 material issue. Defendant Peeples is therefore entitled to summary judgment.

28      In sum, Defendant has not infringed on any constitutional right of Plaintiff's, and is entitled

[Proposed] Order Granting Def.'s Mot. Summ. J.                              *Semien v. Peeples*
                                                                           C 07-2803 CW (PR)

1 | to dismissal of the claim of excessive force against her. Alternatively, Defendant is also entitled
2 | to summary judgment on the claim against her because the undisputed evidence shows that
3 | Plaintiff has suffered no constitutional violation.
4 |
5 | Therefore, after full consideration, and good cause appearing, IT IS HEREBY ORDERED
6 | that Defendant's motion for summary judgment is granted.
7 |
8 |
9 | Dated: _____
10 |                                HONORABLE CLAUDIA WILKEN
                               United States District Judge

40252207.wpd

SF2007403202

[Proposed] Order Granting Def.'s Mot. Summ. J.

*Semien v. Peeples*
C 07-2803 CW (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Semien v. Peeples**

No.:   **C 07-2803 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>June 2, 2008,</u> I served the attached

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF LILY KORMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF K. PEEPLES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF D. MCGUIRT IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**[Proposed] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Anthony M. Semien, K-76979**
**Pelican Bay State Prison**
**A-5 #117**
**P.O. Box 7500**
**Crescent City, CA 95531-7500**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 2, 2008, at San Francisco, California.

| T. Oakes | /s/ T. Oakes |
|---|---|
| Declarant | Signature |