Ezekiel Hashim B-96040
San Quentin Prison 4-H-17-L
San Quentin, Calif. 94974

Legal Mail

RECEIVED
JUL 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of The Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Legal Mail

