1. ANTHONY MARVELL SEMIEN #K76979    DATE: Wednesday JULY 23rd "2008"
2. P.B.S.P. A.S.U./Section B12
3. P.O. BOX 7500                     Case No.: C 07-2803 CW (PR)
4. Cresent City, CA. 95531-7500

FILED a
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

5. 
6. STATEMENT OF DECLARATION
7.
8. I PLAINTIFF ANTHONY MARVELL SEMIEN #K76979 in the
9. -ction (ANTHONY M. SEMIEN v. K. PEEPLES (Defendant)) in the
10. above entitled case Number # C 07-2803 CW (PR) do submit
11. this statement of declaration to the HONORABLE COURT
12. CLERK of the NORTHERN DISTRICT (U.S. DISTRICT
13. COURT OAKLAND DIVISION) to be processed according
14. to his or her duties.
15.
16. HONORABLE COURT CLERK Greetings! to you. I do dec-
17. -lare that I am the Plaintiff in this action and that this
18. action is currently assigned to HONORABLE U.S. MAGISTRATE
19. CLAUDIA WILKEN.
20. ON JUNE 2nd "2008" Plaintiff recieved defendant K. Peeples
21. motion for SUMMARY JUDGMENT. Plaintiff's deadline to file OPPOSITI
22. -ON MOTION is currently August 1rst "2008". Plaintiff hereby
23. serves the court with Plaintiff's OPPOSITION MOTION and Defend-
24. ant will be served ON JULY 24rth "2008". This motion package CONT-
25. AINS: ① MOTION OF OPPOSITION to Defendants Motion for SUMMARY JUDGME-
26. NT, ② Plaintiff's Exhibit A (Deposition of A. SEMIEN of 4-29-08), ③ Defendant K. P-
27. eeples Declaration (Declaration of K. Peeples of 5-30-08) & ④ OFFICER D. McGuirt Dec-
28. -laration (Declaration of D. McGuirt of 6-2-08). I therefore submit these do-
29. cuments for your processing. Thank you! And have a nice day.
30.
31. Signed and submitted under penalty of perjury (Pursuant to 28 U.S.C. § 1746)
32. DATED: Wednesday JULY 23rd "2008"   Signed: Anthony Marvell Semien #K7697A
33.                                      Printed: ANTHONY MARVELL SEMIEN
                                         Plaintiff in Pro-Per (Propria Persona)