UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ANTHONY M. SEMIEN
Plaintiff

CASE NO.: C 07-2803 CW (PR)

v.

K. PEEPLES
Defendant

PROOF OF SERVICE

I hereby certify that on Wednesday JULY 23rd "2008", I served the following documents: (1) ORIGINAL & (1) COPY OF Plaintiff ANTHONY MARVELL SEMIEN MOTION OF OPPOSITION, (2) (1) ORIGINAL & (1) COPY OF Plaintiff Exhibit A (Deposition of 4-29-08), (3) (1) ORIGINAL & (1) COPY OF DEFENDANT K. PEEPLES DECLARATION (Declaration of 5-30-08) & (4) (1) ORIGINAL & (1) COPY OF OFFICER D. McGUIRT's DECLARATION (Declaration of 6-2-08) by placing such copies in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the UNITED STATES MAIL at: PELICAN BAY STATE PRISON P.O. BOX 7500, CRESENT CITY, CA. 95531-7500 to be DELIVERED TO:

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY STREET, 400 S. TOWER
OAKLAND, CALIFORNIA. 94612-5212

I declare under penalty of perjury that the foregoing is true and correct.
DATED: Wednesday JULY 23rd "2008"
Signed: Anthony Marvell Semien #K76979
Printed: ANTHONY MARVELL SEMIEN
Plaintiff in Pro-Per (Propria Persona)